**Order filed September 7, 2012, Withdrawn, Appeal Reinstated and Order filed September 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00564-CR
NO. 14-12-00565-CR
NO. 14-12-00566-CR
_____

**FELIPE JESUS JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Cause Nos. 1806170, 1806171, and 1806172**

---

## ORDER

On September 7, 2012, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for appellant's failure to file a brief. Appellant filed a motion to reinstate the appeal, to supplement the clerk's record, and to extend time to file his brief.

The motion is granted.  Our order of September 7, 2012, is withdrawn.  The appeal is reinstated.

Further, the Harris County District Clerk is directed to file a supplemental clerk's record **in each appeal** on or before **October 1, 2012**, containing the trial court's findings of fact and conclusions of law, signed May 30, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

Appellant's brief is due **October 31, 2012**.  Appellant's brief was originally due July 16, 2012.  No further extensions will be granted absent exceptional circumstances.

PER CURIAM